AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CARROLL, EARL H. | District Court - ARIZONA | 5/7/05 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (SENIOR | 5. Report Type (check appropriate type) ___ Nomination, Date_____ ___ Initial  X Annual ___ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address 401 W. WASHINGTON St. STE 521 SPC 48 PHOENIX, AZ. 85003-2151 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| [ ] NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/7/05 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 AETNA INC. NEW | A | D | K | † | | | | | |
| 2 BANK OF AMERICA | A | I | K | † | | | | | |
| 3 J.P. MORGAN CHASE BK | A | I | K | † | MERGER (FORMERLY BANK-ONE CORP.) | | | | |
| 4 Compas BANK | A | I | J | † | | | | | |
| 5 AMERICAN EXPRESS | A | D | L | † | | | | | |
| 6 Putnam Fund | B | D | M | † | | | | | |
| 7 ANHEUSER BUSCH Cos. | D | D | N | † | | | | | |
| 8 NAVISTAR | A | D | J | † | | | | | |
| 9 Citizens Utilities | A | D | J | † | | | | | |
| 10 ENTERGY CORP. | A | D | J | † | | | | | |
| 11 DEVON ENERGY CORP. | A | D | J | † | | | | | |
| 12 SALT RIVER PROJ. BONDS | A | I | | | REDEEM | 1/22/04 | J | | BEARER BONDS CALLED BY SRP |
| 13 EXXON MOBIL CORP. | A | D | K | † | | | | | |
| 14 IBM | A | D | J | † | | | | | |
| 15 MOTOROLA | A | D | L | † | | | | | |
| 16 HONEYWELL INT. INC. | A | D | K | † | | | | | |
| 17 J.P. MORGAN CHASE | A | D | J | † | MERGER (FORMERLY-BANK ONE CORP.) | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 SALT RIVER PROJECT MUNICIPAL BONDS | A | I | J | T | | | | | |
| 19 PHOENIX COUNTRY CLUB STOCK | NONE | | K | T | | | | | |
| 20 NATIONWIDE INS. ANNUITIES | NONE | | L | T | | | | | |
| 21 JACKSON NAT. ANNUITIES | NONE | | M | T | | | | | |
| 22 U.S. SAVINGS BONDS | NONE | | L | T | | | | | |
| 23 TAMARACK INVT. FDS | A | D | K | T | (FORMERLY GREAT HALL PRIME) | | | | |
| 24 AXA EQUITABLE IRAs | NONE | | M | T | (FORMERLY EQUITABLE) | | | | |
| 25 MINERAL RIGHTS-PEARL RIVER CO. MISSISSIPPI | NONE | | (VALUE UNKNOWN) | | | | | | |
| 26 RESIDENCE - LAGUNA BEACH, CA. | D | RENT | L | S | → (SEE SECT. VIII.) | | | | |
| 27 (THE FOLLOWING ARE HELD IN DAIN RAUSCHER IRA ACCOUNT) | | | | | | | | | |
| 28 WYETH | B | D | L | T | | | | | |
| 29 AT+T | A | D | J | T | | | | | |
| 30 SBC COM INC. | A | D | J | T | | | | | |
| 31 VERIZON COMMUNICATIONS | A | D | J | T | | | | | |
| 32 BELL SOUTH | A | D | J | T | | | | | |
| 33 QWEST COMMUNICATIONS | A | D | J | T | | | | | |
| 34 CARLISLE | B | D | M | T | | | | | |

1  Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001- $100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2  Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001- $100,000    M=$100,001-$250,000
   (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3  Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| CARROLL, EARL H. | 5/7/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 SPRINT CORP. FON GROUP | A | D | K | † | | | | | |
| 36 FMC CORP. | A | D | J | † | | | | | |
| 37 IBM | A | D | K | † | | | | | |
| 38 HECLA MINING | A | D | J | † | | | | | |
| 39 LUBRIZOL CORP. | A | D | K | † | | | | | |
| 40 PHELPS DODGE | A | D | J | † | | | | | |
| 41 RPM | A | D | K | † | | | | | |
| 42 SCHERING PLOUGH | A | D | L | † | | | | | |
| 43 J.P. MORGAN CHASE | A | D | K | † | MERGER | (FORMERLY BANK ONE CORP.) | | | |
| 44 WEST PHARMACEUTICAL | A | D | K | † | | | | | |
| 45 WEYERHAEUSER | A | D | J | † | | | | | |
| 46 TAMARACK INVT. FDS. | A | D | J | † | | (FORMERLY- GREAT HALL PRIME) | | | |
| 47 NORFOLK SOUTHERN | A | D | K | † | | | | | |
| 48 BAKER HUGHES INC. | A | D | K | † | | | | | |
| 49 BP PLC SPONS. ADR | B | D | K | † | | | | | |
| 50 LUCENT TECHNOLOGIES | A | D | J | † | | | | | |
| 51 ALLTEL CORP. | A | D | J | † | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001- $100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/7/05 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Sprint Corp. P.C.S. | A | D | J | † | CHG. | 5/28/04 (BECAME PART OF SPRINT CORP. FON GROUP) | | | |
| 53 Att Wireless Serv | A | D | | | SOLD | 10/27/04 J | | | |
| 54 Comstat Corp. CL A | A | D | J | † | | | | | |
| 55 FMC Technologies Inc. | A | D | J | † | | | | | |
| 56 Wells Fargo Bk. Sav. | A | I | K | † | | | | | |
| 57 Wells Fargo Bk. C.D. | B | I | K | † | | | | | |
| 58 Schering—Plough Corp. | A | D | L | † | | | | | |
| 59 U.S. Savings Bonds | E | I | | | CASHED BONDS | 12/04 | K | | |
| 60 Freescale Semiconductors-CL B | A | D | J | † | SPINOFF | 12/3/04 | | | (From Motorola Inc) |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (Se Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
| --- | --- |
| CARROLL, EARL H. | 5/7/05 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII. PAGE 2 — LINE 9 — VALUE METHOD "S"

ASSESSED FULL VALUE — ORANGE County, CA.

TREASURER BILL 2004-2005 — 87,660.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

Date 5-7-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544